NORTHOUSE *v.* CITY OF GRAND HAVEN.

Appeal from Ottawa; Cross, J. Submitted January 16, 1913. (Docket No. 127.) Decided March 20, 1913.

Bill to remove cloud from title by Peter C. Northouse against the city of Grand Haven. From a decree dismissing the bill, complainant appeals. Reversed, and decree entered for complainant.

*Charles E. Soule* (*C. Edward Soule*, of counsel), for complainant.

*Daniel F. Pagelsen*, for defendant.

McALVAY, J. This case is controlled by the decision in *Soule* v. *City of Grand Haven, ante,* 276. The decree is reversed, and a decree will be entered in this court granting the relief prayed.

Complainant will recover costs of both courts.

STEERE, C. J., and MOORE, BROOKE, KUHN, STONE, OSTRANDER, and BIRD, JJ., concurred.